1  Thomas E. Towe, Esq.
   Towe, Ball, Enright, Mackey,
2    & Sommerfeld, PLLP
   2525 Sixth Avenue North
3  P. O. Box 30457
   Billings, MT 59107-0457
4  (406) 248-7337
   (406) 248-2647-Fax
5  Attorneys for Plaintiff.

FILED
BILLINGS DIV.

2006 MAY  4  PM 3 13

PATRICK E. DUFFY, CLERK

BY _____

DEPUTY CLERK

6        IN THE UNITED STATED DISTRICT COURT
           FOR THE DISTRICT OF MONTANA
7               BILLINGS DIVISION

8  CYNTHIA JOHNSON, d/b/a PRIMROSE           )   Cause No. CV-05-63-BLG-RWA
   ADULT ASSISTED LIVING AND DAYCARE,        )
9                                            )
          Plaintiff,                         )
10                                           )
       vs.                                   )   **NOTICE OF TAKING**
11                                           )   **DEPOSITION Rule 30(b)(6)**
   PRIMROSE MANAGEMENT, L.L.C;               )
12 PRIMROSE PLACE, L.L.C; and PRIMROSE       )
   COTTAGES, L.L.C., d/b/a PRIMROSE          )
13 RETIREMENT COMMUNITIES,                   )
                                             )
14        Defendants.                        )

15

16

       TO:  Defendant PRIMROSE MANAGEMENT, L.L.C, PRIMROSE PLACE, L.L.C,
17

18 and PRIMROSE COTTAGES, L.L.C., d/b/a PRIMROSE RETIREMENT COMMUNITIES

19 and its attorney James Halverson:

20     Pursuant to Rule 30(b)(6), Montana Rules of Civil Procedure, please take notice

21 that the undersigned will take the deposition of a person to be designated by

22 Defendants PRIMROSE MANAGEMENT, L.L.C, PRIMROSE PLACE, L.L.C, and

23 PRIMROSE COTTAGES, L.L.C., d/b/a PRIMROSE RETIREMENT COMMUNITIES who

24 is:

25 NOTICE OF DEPOSITION Rule 30(b)(6)- Page 1

1    1.   Most knowledgeable regarding the research and investigation done by

2         the Defendants prior to deciding on Billings, Montana as the location for

3         the new Clearwater Retirement Home.

4    2.   The person most knowledgeable about the decision to locate a retirement

5         home in Billings, Montana and the factors that were considered in making

6         that decision.

7    The deposition will be taken upon oral examination before a court reporter, and

8    notary public or some other officer authorized by law to administer oaths at the

9    following time and location:

10

11        Date and Time:    May 15, 2006, at 1:30 p.m

12        Location:         Towe, Ball, Enright, Mackey,
                            & Sommerfeld, PLLP
13                          2525 Sixth Avenue North
                            Billings, MT 59107-0457

14   The oral examination will continue from day to day until completed.

15   You are notified to participate in said examination as you may consider fit and

16

17   proper.

18   Dated the 4th day of May, 2006.

19                                      TOWE, BALL, ENRIGHT, MACKEY
                                        & SOMMERFELD, PLLP

20

21                                      By: _____
                                            Thomas E. Towe, Attorney

22

23

24

25   NOTICE OF DEPOSITION Rule 30(b)(6)- Page 2

1

2

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the _4th_ day of May, 2006 a true and correct copy of the foregoing **NOTICE OF DEPOSITION Rule 30(b)(6)** was served by U. S. Mail, postage prepaid, to the following:

James R. Halverson
Halverson & Gilbert, PC
P. O. Box 80470
Billings, MT 59108-0470

By: _Linda Selmway_

**NOTICE OF DEPOSITION Rule 30(b)(6)- Page 3**